GRAYLING M. WILLIAMS, ESQ. (SBN 135709)
2189 East Main Street
Stockton, CA 95205
Telephone:  (209) 467-7074
Facsimile:  (209) 467-7073

Attorney for Plaintiff, DWAINE BAKER

TIMOTHY P. MURPHY, ESQ. (SBN120920)
DOLORES M. DONOHOE, ESQ (SBN111464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523
Telephone:     (925) 827-3300
Facsimile:      (925) 827-3320

Attorneys for Defendant
BRUCE HARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DWAINE BAKER,<br><br>             Plaintiff,<br><br>     vs.<br><br>MADELINE KRONENBURG, et al.<br><br>             Defendants. | Case No.:   2:10-cv-03239-MCE-DAD<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |
|---|---|

  Plaintiff DWAINE BAKER and defendant, BRUCE HARTER, by and through their counsel, hereby stipulate and agree that plaintiff file a Second Amended Complaint naming WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT as the sole defendant and dropping from the Second Amended Complaint all other defendants.  Additional changes are set forth in the proposed Second Amended Complaint, attached hereto.  Defendant has no objections to these changes.

---

1
STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT

DATED:                                    GRAYLING M. WILLIAMS


/s/
GRAYLING M. WILLIAMS, ESQ.


DATED:                                    EDRINGTON, SCHIRMER & MURPHY


/s/
TIMOTHY P. MURPHY, ESQ.


## ORDER

Good cause appearing, it is hereby ordered that plaintiff may file the attached Second Amended Complaint.

Dated:  May 13, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT