GRAYLING M. WILLIAMS, ESQ. (SBN 135709)
2189 East Main Street
Stockton, CA 95205
Telephone:  (209) 467-7074
Facsimile:  (209) 467-7073

Attorney for Plaintiff, DWAINE BAKER

TIMOTHY P. MURPHY, ESQ. (SBN120920)
DOLORES M. DONOHOE, ESQ (SBN111464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523
Telephone:     (925) 827-3300
Facsimile:     (925) 827-3320

Attorneys for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE BAKER,<br><br>            Plaintiff,<br><br>       vs.<br><br>MADELINE KRONENBURG, et al.<br><br>            Defendants. | Case No.:   2:10-cv-03239-MCE-DAD<br><br>**STIPULATION AND PROPOSED ORDER TO TRANSFER CASE TO NORTHERN DISTRICT; DECLARATION OF DOLORES M. DONOHOE IN SUPPORT THEREOF** |

Plaintiff DWAINE BAKER and defendant WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT by and through their counsel hereby stipulate to the transfer this case to the Northern District of California pursuant to 28 USD §1406(a) and §1404(a) on the grounds that venue is improper in the Eastern District of California and proper in the Northern District of California.  In addition, it is in the interest of justice to transfer said case on the following grounds:

As set forth in the attached Declaration of DOLORES M. DONOHOE, counsel for

---

STIPULATION AND PROPOSED ORDER TO TRANSFER CASE TO NORTHERN DISTRICT;
DECLARATION OF DOLORES M. DONOHOE IN SUPPORT THEREOF

defendant WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, the DISTRICT is a public entity with its principal place of business in the City of Richmond, Contra Costa County, California, which is located in the Northern District of California.

All of the events and omissions given rise to the subject claim occurred in the Northern District of California and not in the Eastern District of California.

Witnesses are located in the Northern District of California.

Pursuant to 28 USC 1391(b)(1) and (2), venue is proper in the Northern District of California.

DATED:                                    GRAYLING M. WILLIAMS

                                          /s/
                                          GRAYLING M. WILLIAMS, ESQ.

DATED:                                    EDRINGTON, SCHIRMER & MURPHY

                                          /s/
                                          TIMOTHY P. MURPHY, ESQ.

## ORDER

Good cause appearing, it is hereby ordered that this matter is transferred to the Northern District of California.

Dated: May 18, 2011

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE

---